# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

vs.                          NO.  4:12CR00293-002 SWW

MELVIN CHARLES GAMBLE                                         DEFENDANT

### ORDER

Pending before the Court is a motion for dismissal of the indictment against separate defendant, Melvin Charles Gamble, due to the death of the defendant filed by defense counsel. The government has no objection to defendant's motion.

IT IS SO ORDERED that the defense counsel's motion for dismissal of the indictment against defendant [doc #93] is *granted*, and the indictment pending against defendant *Melvin Charles Gamble* hereby is *dismissed*.

DATED this 13th day of November 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE